FILED:  August 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1930

_____

VIRGINIA GARCIA CORTES,

       Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

       Respondent.

_____

O R D E R

_____

The court amends its opinion filed June 17, 2024, as follows:

On page 19, in the first paragraph under section IV., the text is changed to read, ". . . this case presents a 'question[] of law,' 8 U.S.C. § 1252 (a)(2)(D), over which we may exercise jurisdiction."

       For the Court

       /s/ Nwamaka Anowi, Clerk